UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:21-CR-33(3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT |
| v. ) | |
| ) | |
| ) | |
| JONATHAN PAK ) | |
| a.k.a. "Cali," ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about June 2020, and continuing up to and including on or about January 26, 2021, in the Eastern District of North Carolina, and elsewhere, the defendant, JONATHAN PAK, also known as "Cali," did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with the intent to distribute and distribute five hundred (500) grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, and a quantity of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

1

## COUNT TWO

On or about January 20, 2021, in the Eastern District of North Carolina, the defendant, JONATHAN PAK, also known as "Cali," did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about January 21, 2021, in the Eastern District of North Carolina, the defendant, JONATHAN PAK, also known as "Cali," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about January 26, 2021, in the Eastern District of North Carolina, the defendant, JONATHAN PAK, also known as "Cali," did knowingly and intentionally possess with the intent to distribute five hundred (500) grams or more of a mixture and substance containing detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[Remainder of this page intentionally left blank.]

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a) Approximately $7,633.00 seized on or about January 26, 2021, from JONATHAN PAK or his vicinity.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON
DATE: 5-4-2021

G. NORMAN ACKER, III
Acting United States Attorney

BY: TIMOTHY M. SEVERO
Assistant United States Attorney