# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION
# NO: 4:21-CR-33-M
# 4:20-CR-31-M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **MOTION FOR VARIANCE** |
| ) | |
| JONATHAN PAK, ) | |
| Defendant ) | |

COMES NOW, defendant, Jonathan Pak, by and through his undersigned counsel of record, and hereby moves this Honorable Court for a downward variance under 18 U.S.C. 3553(a). In support of this Motion for Variance, Defendant shows unto the court as follows:

1. Defendant pleaded guilty to one multi-count criminal information and one multi-count indictment alleging Defendant conspired with other to possess with the intent distribute methamphetamine and heroin and did possess with the intent to distribute methamphetamine and heroin.

2. There are mitigating factors in the case of which the undersigned will present to this Honorable Court and elaborate upon at Defendant's sentencing hearing.

WHEREFORE, the defendant, by and through his undersigned counsel of record, hereby moves the Court to vary downward from Defendant's advisory guideline range.

Respectfully submitted this the 13th day of May, 2022.

> *GREENE, CROW & SMITH, PA*
>
> /s/ Kelly L. Greene
> KELLY L. GREENE
> P.O. Box 1676
> New Bern, NC  28563
> t: (252)634-9400
> f: (252)634-3464
> kgreene@nctriallawyer.com
> N.C. State Bar No.: 26844
> **CJA PANEL - APPOINTED**

**CERTIFICATE OF SERVICE**

I hereby certify that I this day have served a copy of this pleading upon the other parties to this action electronically as indicated to counsel for said parties, this 13th day of May, 2022.

Tim Severo, AUSA (via CM/ECF)

*GREENE, CROW & SMITH, PA*

/s/ Kelly L. Greene
KELLY L. GREENE
P.O. Box 1676
New Bern, NC 28563
t: (252)634-9400
f: (252)634-3464
kgreene@nctriallawyer.com
N.C. State Bar No.: 26844
**CJA PANEL - APPOINTED**